# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| DRAGI POPOVSKI and ZHANA POPOVSKI, )<br>)<br>Plaintiffs,                                              )<br>)<br>vs.                                                             )<br>)<br>TITAN TRANSFER INC., a Tennessee Corporation,)<br>HEC LEASING, LLC, a Tennessee Corporation,     )<br>and JUSTIN A. PARKER, a Tennessee Resident,   )<br>)<br>Defendants.                                          ) | **CIVIL NO.** 20-cv-27 SWS |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, being fully advised of the premises and based upon the Stipulation of the Parties on file herein, hereby orders and decrees that all claims in the above-captioned case against Defendant HEC Leasing, LLC, whether asserted or unasserted, shall be and hereby are dismissed with prejudice, with each side bearing their own costs.

DATED this _____ day of December, 2020.

_____
HON. SCOTT W. SKAVDAHL
U.S. DISTRICT JUDGE

**Approved as to Form:**

| | |
|---|---|
| _/ss/Grant H. Lawson_____<br>Grant H. Lawson WSB #6-4260<br>R. Todd Ingram, # 6-3910<br>Tamara Schroeder Crolla #6-3976<br>Metier Law Firm, LLC<br>4828 S. College Ave.<br>Fort Collins, Co 80525<br>(307) 237-3800 Office<br>(970) 225-1476 Fax<br>grant@metierlaw.com<br>todd@metierlaw.com<br>tami@metierlaw.com<br>Attorneys for Plaintiffs | _/ss/Andrew F. Sears_____<br>Andrew F. Sears #7-4557<br>Whitney D. Boyd #7-6080<br>Hall & Evans, LLC<br>152 North Durbin Street, Ste. 404<br>Casper, WY 82601<br>Telephone: (307)333-6701<br>Facsimile: (307)333-6352<br>searsa@hallevans.com<br>boydw@hallevans.com<br>Attorneys for Defendants |