UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 DEC 21 AM 8:50

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| DRAGI POPOVSKI and ZHANA POPOVSKI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> TITAN TRANSFER INC., a Tennessee Corporation,) <br> HEC LEASING, LLC, a Tennessee Corporation, ) <br> and JUSTIN A. PARKER, a Tennessee Resident, ) <br> ) <br> Defendants. ) | CIVIL NO. 20-cv-27 SWS |

### ORDER OF DISMISSAL WITH PREJUDICE

The Court, being fully advised of the premises and based upon the Stipulation of the Parties on file herein, hereby orders and decrees that all claims in the above-captioned case against Defendant HEC Leasing, LLC, whether asserted or unasserted, shall be and hereby are dismissed with prejudice, with each side bearing their own costs.

DATED this 21st day of December, 2020.

HON. SCOTT W. SKAVDAHL
U.S. DISTRICT JUDGE

**Approved as to Form:**

/ss/Grant H. Lawson
Grant H. Lawson WSB #6-4260
R. Todd Ingram, # 6-3910
Tamara Schroeder Crolla #6-3976
Metier Law Firm, LLC
4828 S. College Ave.
Fort Collins, Co 80525
(307) 237-3800 Office
(970) 225-1476 Fax
grant@metierlaw.com
todd@metierlaw.com
tami@metierlaw.com
Attorneys for Plaintiffs

/ss/Andrew F. Sears
Andrew F. Sears #7-4557
Whitney D. Boyd #7-6080
Hall & Evans, LLC
152 North Durbin Street, Ste. 404
Casper, WY 82601
Telephone: (307)333-6701
Facsimile: (307)333-6352
searsa@hallevans.com
boydw@hallevans.com
Attorneys for Defendants