**FILED**



*10:34 am, 4/30/21*

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

POPOVSKI et al

                Plaintiff,

vs.    Case Number: 20-CV-27-SWS

TITAN TRANSFER INC et al

                Defendant.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only      ☑ This was a Telephonic Hearing

Date: 04/30/2021    Time: 10:02 - 10:30 AM    (Telephonic)

| Kelly H. Rankin | MiYon Bowden | N/A | John Conder |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Grant Lawson, Tamara Crolla

Attorney(s) for Defendant(s)   Andrew Sears

Other:

Court discussed new scheduling dates with parties.  Amended Pretrial Order to be entered.