IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DRAGI POPOVSKI AND ZHANA POPOVSKI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TITAN TRANSFER, INC. a Tennessee Corporation, and )<br>JUSTIN A. PARKER, a Tennessee Resident, )<br>)<br>Defendants. ) | Docket No. 20-CV-27-SWS |

### ORDER DISMISSING DEFENDANT JUSTIN PARKER

**THIS MATTER,** having come before the Court on the parties' *Stipulated Motion to Dismiss Defendant Justin Parker*, and the Court being fully advised in the premises hereby

**GRANTS** the parties' *Stipulated Motion to Dismiss Defendant Justin Parker* pursuant to F.R.C.P. 41(a)(1)(A)(ii). The Court further

**ORDERS** that claims against Defendant Justin Parker are hereby dismissed.

**DATED** this 20th day of July 2021.

BY THE COURT:

Hon. Scott W. Skavdahl