# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| DRAGI POPOVSKI and ZHANA POPOVSKI, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>TITAN TRANSFER INC., a Tennessee )<br>Corporation, )<br>)<br>Defendant. ) | Civil No. 20-CV-27-SWS |

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW**, Plaintiffs, and Defendant by and through undersigned counsel, and hereby jointly stipulate that all of Plaintiffs' claims filed herein against Defendant Titan Transfer, Inc. may be dismissed with prejudice, the parties to bear their own attorney's fees and costs.

WHEREFORE, the parties move this Court for its Order dismissing all claims herein against Defendant Titan Transfer, Inc., with prejudice, the parties to bear their own attorneys' fees and costs.

Dated this 2nd day of May 2022

_____/SS/_____  
Grant H. Lawson  
Metier Law Firm, Llc  
4828 S. College Avenue  
Fort Collins, CO 80525  

Attorney for Plaintiffs

_____/SS_____  
Paul Kapp  
Patrick Brady  
Sundahl, Powers, Kapp & Martin, LLC  
PO Box 328  
Cheyenne, WY  82003  

Attorney for Defendant