UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

2022 MAY -4 AM 10: 27

| | |
|---|---|
| DRAGI POPOVSKI and ZHANA POPOVSKI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> TITAN TRANSFER INC., a Tennessee ) <br> Corporation, ) <br> ) <br> Defendant. ) | Civil No. 20-CV-27-SWS |

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the parties' *Stipulation for Voluntary Dismissal With Prejudice,* and the Court finding that good cause exists therefor:

IT IS HEREBY ORDERED that all claims herein against Defendant Titan Transfer, Inc., in the above-captioned matter be, and they herby are, dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

Dated this 4*th* day of May 2022

BY THE COURT:

Hon. Scott W. Skavdahl, U. S. District Judge